**FILED**
SEP 27 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Alejandro ALVAREZ-Lopez<br><br>                Defendant. | Magistrate Case No.: 06mg8738<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

That on or about September 25, 2006, within the Southern District of California, defendant Alejandro ALVAREZ-Lopez did knowingly and intentionally import approximately 62.26 kilograms (136.972 lbs) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Victor F. Martinez Special Agent
U.S. Immigration & Customs
Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 27 TH, DAY OF SEPTEMBER 2006.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Alejandro ALVAREZ-Lopez

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to U. S. Immigration and Customs Enforcement Special Agent Victor Martinez.

On September 25, 2006 at approximately 1450 hours, Alejandro ALVAREZ-Lopez entered the United States at the Calexico, California, West Port of Entry. ALVAREZ was the driver and registered owner of a 1995 Chevy 1500 pick up.

In primary, ALVAREZ gave a negative Customs declaration. The vehicle was hauling an orange dolly and the primary Officer referred the vehicle to pay the Customs user fee.

In the vehicle secondary lot, a canine inspection of the vehicle was performed. The canine alerted and responded to the gas tank area of the vehicle.

A subsequent inspection of the vehicle revealed 80 packages concealed within the gas tank area of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 80 packages had a combined net weight of approximately 62.26 kilograms (136.972 lbs).

ALVAREZ was placed under arrest and advised of his Constitutional Rights, which he acknowledged and waived, agreeing to answer questions. ALVAREZ admitted knowledge of the marijuana concealed within the vehicle.